UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT MURRAY, *as Leviticus Lucifer*,                    :

             Plaintiff,                    :        <u>ORDER</u>

      -v.-                    :

                         22 Civ. 4026 (VEC) (GWG)
OMH DR. DABO, et al.,                    :

                         :

             Defendants.
------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       On July 28, 2022, the New York State Office of the Attorney General ("OAG")
responded to the <u>Valentin</u> Order issued by Judge Caproni (Docket # 6).  (Docket # 11).  OAG
identified the John Doe RN as Eguagie Ehimwenma and provided the full name of Dr. Dabo —
Dr. Sidiki Dabo.  <u>Id.</u>  OAG also provided a service address for both defendants:

Kirby Forensic Psychiatric Center
600 E. 125th Street
Wards Island, NY 10035

<u>Id.</u>  OAG's response was mailed to plaintiff on July 28, 2022.  (Docket # 12).

       Accordingly, within 30 days of receiving the information contained in OAG's response
(Docket # 11), plaintiff shall file an amended complaint naming Eguagie Ehimwenma and Dr.
Sidiki Dabo.  The amended complaint will replace, not supplement, the original complaint.  An
amended complaint form that Plaintiff should complete is attached to this Order.  Once Plaintiff
has filed an amended complaint, the Court will screen the amended complaint and, if necessary,
issue an order directing the Clerk of Court to complete the USM-285 forms and deliver to the
U.S. Marshals Service all documents necessary to effect service on Eguagie Ehimwenma and Dr.
Sidiki Dabo.

       Separately, the Clerk is directed to change the address of plaintiff to:

Robert L. Murray
NYSID: 06093686K
North Infirmary Command (NIC)
15-00 Hazan Street
East Elmhurst, NY 11370

       SO ORDERED.

Dated:  August 1, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____     ___ Civ. _____ (___)

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*     **SECOND**
                                                                        **AMENDED**
                        **-against-**                                   **COMPLAINT__**

_____     Jury Trial:  ☐ Yes      ☐ No
                                                            (check one)
_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your
        identification number and the name and address of your current place of confinement. Do the same
        for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name _____

                 Street Address _____

                 County, City _____

                 State & Zip Code _____

                 Telephone Number _____

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual. Include the address where
        each defendant may be served. Make sure that the defendant(s) listed below are identical to those
        contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1       Name  _____

                       Street Address  _____

                       County, City  _____

                       State & Zip Code  _____

                       Telephone Number  _____


Defendant  No. 2       Name  _____

                       Street Address  _____

                       County, City  _____

                       State & Zip Code  _____

                       Telephone Number  _____


Defendant  No. 3       Name  _____

                       Street Address  _____

                       County, City  _____

                       State & Zip Code  _____

                       Telephone Number  _____


Defendant  No. 4       Name  _____

                       Street Address  _____

                       County, City  _____

                       State & Zip Code  _____

                       Telephone Number  _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

            ☐ Federal Questions                    ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
        is at issue?  _____

        _____

        _____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

        _____

*Rev. 12/2009*                                2

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

| What happened to you? |

_____

_____

_____

| Who did what? |

_____

_____

_____

| Was anyone else involved? |

_____

| Who else saw what happened? |

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff      _____

Mailing Address      _____

_____

_____

Telephone Number      _____

Fax Number *(if you have one)*   _____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number      _____

*Rev. 12/2009*                                    4