UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBERT MURRAY, *as Leviticus Lucifer*,      :

        Plaintiff,      :      <u>ORDER</u>

     -v.-      :

                                  22 Civ. 4026 (VEC) (GWG)

OMH DR. DABO, et al.,      :

                                :

        Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In an order dated August 1, 2022, plaintiff was ordered to file an amended complaint by September 1, 2022, if he wished to pursue this case. Plaintiff failed to comply with the August 1 Order. A copy of that Order is attached.

      The Court will extend plaintiff's deadline to comply to October 13, 2022. If plaintiff fails to comply with the August 1 Order by that date, he is warned that his case <u>may be dismissed without further notice</u> for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: September 13, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBERT MURRAY, *as Leviticus Lucifer*, :

              Plaintiff, : ORDER

            -v.- :
                                             22 Civ. 4026 (VEC) (GWG)
OMH DR. DABO, et al., :

                                            :

             Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      On July 28, 2022, the New York State Office of the Attorney General ("OAG") responded to the Valentin Order issued by Judge Caproni (Docket # 6). (Docket # 11). OAG identified the John Doe RN as Eguagie Ehimwenma and provided the full name of Dr. Dabo — Dr. Sidiki Dabo. Id. OAG also provided a service address for both defendants:

              Kirby Forensic Psychiatric Center
              600 E. 125th Street
              Wards Island, NY 10035

Id. OAG's response was mailed to plaintiff on July 28, 2022. (Docket # 12).

      Accordingly, within 30 days of receiving the information contained in OAG's response (Docket # 11), plaintiff shall file an amended complaint naming Eguagie Ehimwenma and Dr. Sidiki Dabo. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this Order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms and deliver to the U.S. Marshals Service all documents necessary to effect service on Eguagie Ehimwenma and Dr. Sidiki Dabo.

      Separately, the Clerk is directed to change the address of plaintiff to:

              Robert L. Murray
              NYSID: 06093686K
              North Infirmary Command (NIC)
              15-00 Hazan Street
              East Elmhurst, NY 11370

      SO ORDERED.

Dated: August 1, 2022
      New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

\_\_\_ Civ. _____ (\_\_\_)

*(In the space above enter the full name(s) of the plaintiff(s).)*

**SECOND AMENDED COMPLAINT**

-against-

Jury Trial:  ☐ Yes    ☐ No
(check one)

_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _____
              Street Address _____
              County, City _____
              State & Zip Code _____
              Telephone Number _____

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                                        1

Defendant No. 1    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

**II.   Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

     ☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
     _____
     _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____
     _____

*Rev. 12/2009*                                2

III.  **Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____
_____

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

C. Facts: _____

| What happened to you? |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

_____

IV.  **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____
_____
_____
_____
_____

*Rev. 12/2009*                                                                 3

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                        Signature of Plaintiff    _____

                        Mailing Address           _____

                                                        _____

                                                            _____

                        Telephone Number         _____

                        Fax Number *(if you have one)*  _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                        Signature of Plaintiff:    _____

                        Inmate Number            _____