UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBERT MURRAY, *as Leviticus Lucifer*,      :

              Plaintiff,      :      ORDER

        -v.-      :

                              22 Civ. 4026 (VEC) (GWG)

SIDIKI DABO, et al.,      :

              Defendants.      :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    Pro se plaintiff Robert Murray brings this action against defendants Dr. Sidiki Dabo and Eguagie Emimwenma. On October 4, 2022, pursuant to this Court's order, Murray filed a second amended complaint naming Dabo and Emimwenma. (Docket # 16). The Clerk of Court is directed to issue summonses as to these defendants.

    Because Plaintiff has been granted permission to proceed in forma pauperis, (Docket # 4), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. To allow plaintiff to effect service on defendants Dabo and Emimwenma through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue a summons for Dabo and Emimwenma, complete the USM-285 form with the address for these defendants, and deliver all documents necessary to effect service upon these defendants to the U.S. Marshals Service. The Court extends the time to serve until January 20, 2023.

    Per the Office of the New York Attorney General, both defendants may be served at:

                Kirby Forensic Psychiatric Center
                600 E. 125th Street
                Wards Island, N.Y. 10035

    SO ORDERED.

Dated: October 24, 2022
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge