UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERT MURRAY, *as Leviticus Lucifer*,  :

        Plaintiff,  :

                      ORDER

  -against-  :

                      22 Civ. 4026 (VEC) (GWG)

SIDIKI DABO, et al.,  :

        Defendants.  :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In an order dated February 23, 2023, the Court set a deadline of May 1, 2023, for plaintiff to respond to defendants' motion to dismiss or in the alternative for summary judgment dated April 10, 2023.  Plaintiff has failed to make any filing in response to defendants' motion.

      The Court will extend plaintiff's deadline to file his opposition papers to May 31, 2023. On or before that date, plaintiff shall either (a) file his opposition papers or (b) file a letter stating that he does not intend to oppose defendants' motion.

      If plaintiff fails to make one of the two filings ("(a)" or "(b)" above) required by this Order, he is warned that his case <u>may be dismissed without further notice</u> for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                                                                          GABRIEL W. GORENSTEIN
                                                                                         United States Magistrate Judge