UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ROBERT MURRAY, *as Leviticus Lucifer*, :

         Plaintiff, :

     -against- :     ORDER

                                                                           22 Civ. 4026 (VEC) (GWG)

SIDIKI DABO, et al., :

        Defendants. :
---------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      By Order dated June 1, 2023, the Court gave plaintiff a deadline of July 7, 2023, to file any opposition to the defendants' pending motion to dismiss or in the alternative for summary judgment. (Docket # 50). Plaintiff has not made any such filing. However, in light of a recent change to plaintiff's address, see Docket # 55, it is unclear whether plaintiff received either the Court's June 1 Order or defendants' motion papers. Accordingly, the Court will require defendant to re-serve their motion papers and will extend the deadline for plaintiff to file his opposition to the motion.

      On or before July 13, 2023, defendants shall serve a copy of their motion papers on plaintiff at the revised address listed on the docket. Defendants shall not send the video referenced in their motion in the same envelope as the paper filings. Instead, the defendants shall send the video in separate envelope. On or before July 14, 2023, defendants shall file an affidavit of service reflecting compliance with this paragraph.

      Second, on or before August 3, 2023, plaintiff shall file his opposition to the defendants' motion which must include a response to each paragraph of "Defendants' Local Rule 56.1 Statement of Undisputed Facts in Support of their Motion for Summary Judgment," dated April 10, 2023. Plaintiff should also include any sworn statements or other documentation that support his factual assertions because the Court will not consider unsworn factual statements (such as those contained in his letter of May 21, 2023). As summarized in Local Civil Rule 56.2, plaintiff is warned that if he fails to respond to defendants' motion with sworn statements or documents contradicting the defendants' facts, the Court may accept the defendants' facts as true, and the case may be dismissed.

      Defendants may file any reply to plaintiff's opposition within 14 days of the plaintiff's filing of his opposition.

      If plaintiff fails to timely file opposition, the defendants' motion will be considered based on the current filings.

      SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                                                      GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge