```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT MURRAY, as Leviticus Lucifer,       :
                                           :    22 Civ. 4026 (VEC) (GS)
                    Plaintiff,             :
                                           :           ORDER
        - against -                        :
                                           :
SIDIKI DABO and EGUAGIE                    :
EHIMWENMA,                                 :
                                           :
                    Defendants.            :
-------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of the *pro se* Plaintiff's letter postmarked January 24, 2024 and docketed on February 6, 2024. (*See* Dkt. No. 64). Plaintiff's letter alleges various violations of his rights at his current residence, Mid-Hudson Forensic Psychiatric Center. However, these allegations involve incidents that are separate and distinct, in terms of time, place, and participants, from the allegations made in the instant action against Defendants Sidiki Dabo and Eguagie Ehimwenma (which relate to events that took place in 2022 at the Kirby Forensic Psychiatric Center). If Plaintiff would like to assert claims and seek relief based on the allegations set forth in his recent letter, he must do so by filing a complaint and commencing a separate action. Those allegations will not be considered as part of this action.

      The Clerk of Court is respectfully requested to mail a copy of this Order, together with a copy of Plaintiff's letter docketed at Dkt. No. 64, to the Plaintiff at ID#10510, 2834 Route 17M, New Hampton, NY 10958-0158.

DATED:   New York, New York
              February 14, 2024

                                                  GARY STEIN
                                                  United States Magistrate Judge