UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ROBERT MURRAY, as Leviticus Lucifer,

                Plaintiff,

-against-                                     22 CIVIL 4026 (VEC)

## JUDGMENT

SIDIKI DABO and EGUAGIE EHIMWENMA,

                Defendants.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2024, the Court adopts the R&R in full. Defendants' Motion for Summary Judgment is GRANTED. Because Plaintiff filed no written objections to the R&R and because the R&R expressly warned that the failure to file timely objections may result in the waiver of any such objections, appellate review of this decision is precluded. See Fed. R. Civ. P. 72; Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this ruling would not be taken in good faith, and therefore, permission to proceed in forma pauperis for the purposes of appeal is denied. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

      March 6, 2024

                                                        **RUBY J. KRAJICK**
                                                        Clerk of Court

                                 **BY:**

                                                         **Deputy Clerk**