USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY, as Leviticus Lucifer,

                Plaintiff,

-against-

SIDIKI DABO and EGUAGIE EHIMWENMA,

                Respondent.

22-CV-4026 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 2, 2024, Plaintiff informed the Court that his address had changed to 2834 Route 17M, New Hampton, NY 10958-0158, *see* Letter, Dkt. 62;

    WHEREAS on February 6, 2024, the Clerk of Court mailed a copy of the Report and Recommendation at Dkt. 63 to Plaintiff at that address and there is no indication that it was returned as not deliverable;

    WHEREAS on March 3, 2024, the Clerk of Court mailed copies of the Court's Order Adopting the Report and Recommendation at Dkt. 66 and the Clerk's Judgment at Dkt. 67 to Plaintiff at the same address; and

    WHEREAS on March 25, 2024, the March 3 mailing containing the Order and Judgment was returned as not deliverable;

    IT IS HEREBY ORDERED that Defendants must file a letter, **by not later than Friday, April 12, 2024**, indicating Plaintiff's updated address and how they have verified that address.

**SO ORDERED.**

Dated: April 3, 2024
       New York, New York

                                              VALERIE CAPRONI
                                          United States District Judge