Case 1:22-cv-04026-VEC-GS   Document 73   Filed 05/07/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY, as Leviticus Lucifer,

        Plaintiff,

-against-

SIDIKI DABO and EGUAGIE EHIMWENMA,

        Respondent.

22-CV-4026 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  The Court is in receipt of Plaintiff's *pro se* letter dated April 18, 2024, and entered on the docket on April 30, 2024. *See* Dkt. 72. The letter contains allegations of new violations of Plaintiff's rights and information about his personal beliefs. *Id.* It also attaches copies of a state-court petition and New York City Comptroller personal injury claim form. *Id.* The Court cannot discern a request for relief and thus will not take any action in connection with the letter.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Robert Murray, West Facility, 16-06 Hazen Street, East Elmhurt, NY 11370, and to note the mailing on the docket.

**SO ORDERED.**

Dated: May 7, 2024
   New York, New York

                _____
                VALERIE CAPRONI
                United States District Judge